AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 08 Civ. 6554 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Spartan Group Holding Company, L.L.C., Spartan Investment Partners L.P., Spartan Investment Associates LP, Spartan Partners GP, LLC, Spartan Capital Management, LLC, M82 Group LLC, Marshall Manley, DDD Ventures, and Dennis Dammerman.

Please note that the above defendants preserve all defenses relating to personal jurisdiction.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/11/2008 | */s/ Paul H. Aloe* |
| Date | Signature |
| | Paul H. Aloe    PA6088 |
| | Print Name    Bar Number |
| | Kudman Trachten Aloe, Suite 4400, 350 Fifth Avenue |
| | Address |
| | New York,  NY  10118 |
| | City    State    Zip Code |
| | (212) 671-1211    (212) 504-8317 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRIMSON CAPITAL LLC and MICHAEL STAISIL, <br><br> Plaintiffs, <br><br> v. <br><br> THE SPARTAN GROUP HOLDING COMPANY, LLC, SPARTAN INVESTMENT PARTNERS LP, SPARTAN INVESTMENT ASSOCIATES LP, SPARTAN PARTNERS GP, LLC, SPARTAN CAPITAL MANAGEMENT, LLC, STEPHEN NORRIS CAPITAL PARTNERS LLC, STEPHEN NORRIS, M82 GROUP LLC, MARSHALL MANLEY, DDD VENTURES LLC, DENNIS DAMMERMAN, GE ASSET MANAGEMENT INCORPORATED, INFLEXION CAPITAL PARTNERS, LP, ABC LLC, DEF LLC, UVW LP, and XYZ LP, <br><br> Defendants. | 08 Civ. 6554 (JFK) <br><br> CONSENT TO SUBSTITUTE ATTORNEYS |

It is hereby consented to by The Spartan Group Holding Company, L.L.C., Spartan Investment Partners L.P., Spartan Investment Associates LP, Spartan Partners GP, LLC, Spartan Capital Management, LLC, M82 Group LLC, Marshall Manley, DDD Ventures, and Dennis Dammerman that the firm of Kudman Trachten Aloe LLP be substituted by and in place of Bryan Cave LLP as their counsel of record for the undersigned in the above-referenced action.

Dated: ~~New York, New York~~ *PALM BEACH GARDENS, FL,*
August 11, 2008

| THE SPARTAN GROUP HOLDING COMPANY, LLC | SPARTAN INVESTMENT PARTNERS LP, |
|---|---|
| By: _[signature]_ | By: _[signature]_ |

SPARTAN PARTNERS GP, LLC,

By [signature]

DDD VENTURES LLC, AND

By_____

DENNIS DAMMERMAN

_____

M82 GROUP LLC,

By [signature]

MR. MARSHALL MANLEY

[signature]

2

| THE SPARTAN GROUP HOLDING COMPANY, LLC | SPARTAN INVESTMENT PARTNERS LP. |
|---|---|
| By_____ | By_____ |
| Title:_____ | Title:_____ |

| SPARTAN PARTNERS GP, LLC, | M82 GROUP LLC, |
|---|---|
| By_____ | By_____ |
| Title:_____ | Title:_____ |

DDD VENTURES LLC, AND

By [signature]

Title: **MANAGING MEMBER**

DENNIS DAMMERMAN                     MR. MARSHALL MANLEY

[signature]                          _____