UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRIMSON CAPITAL LLC and MICHAEL STAISIL,

        Plaintiffs,

v.

THE SPARTAN GROUP HOLDING COMPANY, LLC, SPARTAN INVESTMENT PARTNERS LP, SPARTAN INVESTMENT ASSOCIATES LP, SPARTAN PARTNERS GP, LLC, SPARTAN CAPITAL MANAGEMENT, LLC, STEPHEN NORRIS CAPITAL PARTNERS LLC, STEPHEN NORRIS, M82 GROUP LLC, MARSHALL MANLEY, DDD VENTURES LLC, DENNIS DAMMERMAN, GE ASSET MANAGEMENT INCORPORATED, INFLEXION CAPITAL PARTNERS, LP, ABC LLC, DEF LLC, UVW LP, and XYZ LP,

        Defendants.

08 Civ. 6554 (JFK)

Order for Remand



This action, having been removed to this Court by Notice of Removal dated July 23, 2008, trial by defendants The Spartan Group Holding Company, LLC, Spartan Investment Partners LP, Spartan Investment Associates LP, Spartan Partners GP, LLC, Spartan Capital Management, LLC, M82 Group LLC, Marshall Manley, DDD Ventures, and Dennis Dammerman ("Defendants"), and the matter having been reviewed by substitute counsel, Paul H. Aloe, Esq., Kudman Trachten Aloe LLP, substitute attorneys for the above-referenced Defendants, and on the suggestion of subject matter jurisdiction is lacking, this case is hereby remanded to the Supreme Court, the State of New York, County of New York.

Dated: New York, New York
      ~~August~~ September _, 2008

                                           _____
                                           Honorable John F. Keenan
                                           United States District Judge